JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; TENECOM LIMITED; DOMINION INSURANCE COMPANY LIMITED; ST. KATHERINE INSURANCE COMPANY LIMITED; LONDON & EDINBURGH GENERAL INS. CO. LTD.; BISHOPSGATE INSURANCE COMPANY LIMITED; NATIONAL CASUALTY COMPANY; NATIONAL CASUALTY CO. OF AMERICA LIMITED ; AND, DOES 1-50<br><br>Defendants.. | CASE NO. 24-cv-08157<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>*[Filed concurrently with Stipulation of Voluntary Dismissal Without Prejudice]*<br><br>MSC date: January 17, 2025<br><br>Complaint filed: June 20, 2024 |

Case No.:24-cv-08157

# ORDER

Upon the parties' Stipulation of Voluntary Dismissal Without Prejudice, Dkt. No. 47, IT IS HEREBY ORDERED that:

(1) The above-captioned action is dismissed without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii);

(2) This dismissal without prejudice will be treated as functionally indistinguishable from a stay;

(3) The parties are relieved from filing a joint report on the status of the arbitration;

(4) The in-person status conference scheduled for January 17, 2025 is vacated;

(5) The parties may file a motion to reopen this case should there be any further need for judicial involvement concerning the arbitration.

IT IS SO ORDERED.

Dated: January 8, 2025

Stanley Blumenfeld, Jr.
United States District Judge